**Louann ERICKSON, Appellant,**

v.

**Charles R. ERICKSON, Respondent.**

**No. WD 34325.**

Missouri Court of Appeals, Western District.

Nov. 22, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 28, 1983.

Application For Transfer Sustained May 15, 1984.

Case Retransferred Sept. 11, 1984.

Court of Appeals Opinion Readopted Sept. 19, 1984.

Grace S. Day, St. Joseph, for appellant.

Tim L. Warren, St. Joseph, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

## ORDER

PER CURIAM

Appeal from division of property and an attorney fee allowance in a dissolution case.

Affirmed.   Rule 84.16(b)